UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:20cv24478

ALBERTO SALMON PECORA and all
others similarly situated under 29 U.S.C.
216(b),
    Plaintiff,

vs.

PRIME SECURITY ALLIANCE INC.,
ANAILY GONZALEZ and RUBEN
ARVELIO BORRERO,
    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, PRIME SECURITY ALLIANCE INC., ANAILY GONZALEZ and RUBEN ARVELIO BORRERO (hereinafter "Defendants"), by and through its undersigned counsel, hereby file their Notice of Removal of this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to this, the United States District Court for the Southern District of Florida, Miami Division, and states in support thereof as follows:

1. On or about October 06, 2020, Plaintiff filed a Complaint against Defendants in the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, bearing Case No. 2020-21457-CA-01. Defendants were served with the Complaint on June 25, 2018.  See Exh. "*A*."[1]

2. The Complaint alleges two counts arising under the federal Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"):

    a. One count under the FLSA, alleging unpaid overtime (Count I);

    b. One count under the FLSA, alleging unpaid minimum wage (Count II).

---

[1] The returns of service have not been made downloadable on the Miami-Dade Clerk of Court's docket as of the date and time of this Notice. Defendants will file copies of the Returns of Service upon same being made downloadable.

3. In counts I and II of his Complaint, Plaintiff claims that he was an employee of Defendants and was not properly compensated for all hours worked. He claims he was paid below the correct hourly minimum wage and/or overtime compensation. Compl. ¶¶ 18-19, 21-23.

4. Plaintiff's Complaint is removable to the United States District Court for the Southern District of Florida because the Complaint presents a federal question. Specifically, 28 U.S.C. § 1331 provides that district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. See 28 U.S.C. § 1331. Plaintiff's FLSA claims clearly provide the basis for this Court's jurisdiction. Defendants are entitled to remove this action to the District Court in accordance with 28 U.S.C. § 1441(a).

5. The filing of this Notice of Removal is timely because less than thirty days have elapsed since the date of service on Defendants. Section 1446(b) provides:

> The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, whichever period is shorter.

28 U.S.C. § 1446(b).

6. Plaintiff's Complaint was served on Defendants on October 6, 2020. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

7. Written notice of the filing of this Notice of Removal has been given to Plaintiff through his counsel, and a copy of the Notice of Removal was filed with the Clerk of the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, in compliance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that the above matter now pending against them in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2020-21457-CA-01, be removed to the United States District Court for the Southern District of Florida.

                Angulo Diaz Law Group P.A.
                782 NW 42nd Avenue
                Suite 630
                Miami, FL 33126
                Tele No.: 305-468-9564
                E-mail:   service@angulodiazlaw.com

                By: */s/ Yelina Angulo*
                Yelina Angulo, Esq.
                Florida Bar 111339
                *Attorney for Defendants*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on October 30, 2020, a true and correct copy of the foregoing was served by email to:

Natalie Staroschak, Esq.
Florida Bar No. 116745
zidellpa@gmail.com
J.H. Zidell, P.A.
300 71st Street, Ste 605
Miami Beach, FL. 33141
Tel: 305-865-6766
Fax 305-865-7167
*Attorney for Plaintiff*

                By: */s/ Yelina Angulo, Esq.*